# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:     DONTE ANTONIO OWENS                                      Chapter 13
                                                                    Case No.: 11-74585-SCS

   Debtor

### Affidavit

I, _Donté Antonio Owens_, Debtor in the above captioned case being duly sworn upon oath, deposes and states the following:

I certify that prior to the date of this affidavit, I have paid all amounts due under any domestic support obligation as defined in 11 U.S.C. 101 (14A) required by a judicial or administrative order, or by statue including amounts due at any time after the filing of this bankruptcy.

By signing this affidavit, I acknowledge that the statement contained herein is true and accurate and that the Court may rely on the truth of each of this statement in determining whether to confirm this Chapter 13 Plan.

Further Affiant(s) Sayeth Not:

_____
Debtor

Subscribed and sworn to before me this the __22nd__ day of __April__, 200_3_

_____
Notary Public

My Commission Expires: _____

State of _____
City/County of _____

TERRY L. JERNIGAN
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
NOTARY REGISTRATION NUMBER: 217226
MY COMMISSION EXPIRES APRIL 30, 2016